**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MAILIN THI DANG,**

      **Plaintiff,**

v.                                                          Case No: 6:23-cv-2344-PGB-EJK

**JERRI COLLINS, SPENCER DORAN, JOHANN JAMES, DIANA MUNOZ, JOHN GALLUZZO and MACKENZIE HALL,**

      **Defendants.**
_____/

## ORDER

This case is before the Court upon periodic review. On June 3, 2024, the Court entered an Order directing Plaintiff to file a response explaining the lack of conferral with Defendant on the Case Management Report within fourteen (14) days of the date of the Order. (Doc. 51). Plaintiff was warned that failure to comply may result in dismissal of the case. Plaintiff has failed to comply, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and close the case.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties