# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT
# ORLANDO DIVISION

<u>MOTION FOR RELIEF PURSUANT TO SECTION 1983</u>

    Plaintiff, MAILIN THI DANG, alleges deprivation of Constitutional Rights under color of state law by the defendant, SPENCER DORAN and prays for relief for monetary damages that exceed $15,000.

                                                   Mailin Dang
                                                   385 Piney Ridge Rd
                                                   Casselberry, Fl 32707

                                                   8/27/2024